UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 3:18-CR-069 (VAB) |
| v. | ) ) ) | |
| ISMAEL SANCHEZ COLON | ) ) | May 22, 2018 |

## **WAIVER OF SPEEDY TRIAL AND IMMEDIATE PROBABLE CAUSE HEARING**

The Defendant, Ismael Sanchez Colon, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161 and the Local Speedy Trial Plan until July 16, 2018, and requests the exclusion from the speedy trial calculations that time period, *including his right to have a probable cause hearing* and his right to have a speedy trial.

In support of this waiver, the Defendant represents the following:

1. The Defendant has consulted with his attorney concerning this waiver;

2. The Defendant understands that by signing this waiver, he will be giving up those rights accorded to him by the Speedy Trial Act, and the Local Speedy Trial Plan, including his right to a probable cause hearing within 14 days of his arrest pursuant to the pending complaint; and

3. The Defendant requests that the Court find that the requested continuance is in the best interest of the Defendant and outweighs his interest and the public's interest in a speedy trial, and the Court will find that a period of time until July 16, 2018, is excluded, so that his probable cause hearing is continued until that latter date, or shortly thereafter, and his trial is delayed accordingly.

Respectfully Submitted,

_____
By Charles F. Willson (# ct24129)
FEDERAL DEFENDER'S OFFICE
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tel:    (860) 493-6260
Fax:    (860) 493-6269
email: Charles_Willson@fd.org

_____     _____
Ismael Sanchez Colon                 Date 5.22.18

_____     _____
Charles F. Willson                   Date 5.22.18

TRANSLATED WITH THE AID OF AN INTERPRETER