# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the Government in United States District Court, Federal Building, 915 Lafayette Boulevard, Bridgeport, Connecticut, before the **Honorable Victor A. Bolden, United States District Judge, on Monday, June 25, 2018, at 11:00 a.m.**

*Spanish interpreter is needed.*

**Change of Plea**

AUSA DEBORAH R. SLATER

| | |
|---|---|
| UNITED STATES | Criminal No. 3:18CR69(VAB) |
| v. | |
| ISMAEL SANCHEZ COLON | Title 18 U.S.C. § 2250(a) |
| (Charles F. Willson, AFPD) | (Failure to Register as a Sex Offender) |
| | MAXIMUM PENALTIES |
| | Imprisonment: 10 years |
| | Fine: $ 250,000 |
| | Supervised Release: 5 years to life |
| | Special Assessment: $100.00 |

TO: Honorable Victor A. Bolden, United States District Judge

cc: U.S. Attorney's Office - Hartford, New Haven and Bridgeport
U.S. Clerk's Office – Bridgeport
U.S. Marshal Service – Bridgeport
U.S. Probation Office – Bridgeport
DUSM James Masterson, USMS
DUSM Frank Roche, USMS
Charles F. Willson, Assistant Federal Public Defender